1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 551-2789

**FILED**

OCT 2 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>(SEALED)<br><br>            Defendant(s). | 2:07-MJ-0275-DAD<br><br>REQUEST FOR UNSEALING |

On August 28, 2007, the Court signed an order sealing the Complaint, Search Warrant, Affidavit in Support, and Sealing Order in the instant action.  Recently the defendant was taken into state custody and a federal hold was placed on him.  Accordingly, there is no longer a need for these documents to remain sealed, and the government requests that the Court issue an order unsealing the above referenced documents.

DATED: October 26, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Phillip A. Talbert
PHILLIP A. TALBERT
Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the Complaint, Search Warrant, Affidavit in Support, and Sealing Order in the above-captioned matter be and hereby are ordered unsealed.

DATED: 10/29/07

_____
HON. KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE