McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RODOLFO DEVENECIA, <br><br> Defendant. | CASE NO. CR.S-07-531-LKK <br><br> **ORDER CONTINUING CASE AND EXCLUDING TIME** |

On December 4, 2007, this matter came on for a status conference. The United States appeared through Assistant United States Attorney Phillip A. Talbert. Defendant Rodolfo Devenecia appeared with his counsel Krista Hart.

At the status conference, defense counsel requested without objection from the government that a new status conference be scheduled on January 8, 2008, to allow defense counsel to continue to review the discovery produced in this case, to prepare, and to discuss a possible resolution of the case with the government. Defendant Devenecia consented to, and the government stipulated to, an exclusion of time under the Speedy Trial Act from December 4, 2007 to January 8, 2008. The continuance was granted.

1

Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1. A further status conference is scheduled for January 8, 2008, at 9:30 a.m.

3. The time between December 4, 2007 and January 8, 2008, is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv). The Court specifically finds that a continuance is necessary to give defense counsel time to review discovery, to continue to prepare, and to discuss a possible resolution of the case with the government. The Court finds that the ends of justice served by setting a new status conference outweigh the best interest of the public and defendant in a speedy trial.

Dated: December 7, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT