KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Petitioner
Rodelfo De Venecia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br>          Plaintiff, <br><br>     v. <br><br> RODELFO DE VENECIA, <br><br>          Defendant. | No. Cr.S. 07-531 LKK <br><br> **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |

　　　Defendant Rodelfo De Venecia, by and through counsel Krista Hart and plaintiff, United States, by and through counsel Phillip Talbert, hereby stipulate and agree that the status conference currently set for January 8, 2008, be vacated and reset for February 5, 2008.  The additional time is necessary for further defense preparation and investigation and because the parties are in active negotiations.

　　　It is further stipulated and agreed the period of time from January 8, 2008, through February 5, 2008, be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate and agree the ends of justice are served by the Court excluding such time so that counsel for the government and the defense may have reasonable time for effective preparation,

investigation and negotiations.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

DATED: January 7, 2008

           /s/ Krista Hart
           Attorney for Petitioner
           Rodelfo De Venecia

DATED: January 7, 2008     McGREGOR SCOTT
           United States Attorney

           /s/ Phillip Talbert
           Assistant U.S. Attorney
           (By Krista Hart per e-mail)

## O R D E R

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: January 7, 2008

           LAWRENCE K. KARLTON
           SENIOR JUDGE
           UNITED STATES DISTRICT COURT