McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>      v.                         )<br>                                 )<br> RODOLFO DEVENECIA,              )<br>                                 )<br>            Defendant.           )<br> _____  ) | CR. S-07-531 LKK<br><br>ORDER CONTINUING<br>   STATUS CONFERENCE |

This matter came before the Court for a status conference on February 5, 2008, at 9:30 a.m.  Assistant U.S. Attorney Jill Thomas represented the United States, and Krista Hart appeared on behalf of the defendant, Rodolfo Devenecia.  The defendant was present in court and in custody.

The parties are working out a plea agreement, and asked for the time between February 5, 2008, and February 26, 2008, to review and consider any plea offer made by the government and to make appropriate arrangements.

Based upon the party's representations, the Court set a status conference and possible change of plea hearing for February 26, 2008, at 9:30 a.m.  The Court ordered that time be

1

excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).  The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1.  A status conference and possible change of plea hearing is set for February 26, 2008, at 9:30 a.m..

2.  Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through February 26, 2008

IT IS SO ORDERED

Date: February 12, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2