```
 1  KRISTA HART
    Attorney at Law
 2  State Bar #199650
    428 J Street, Suite 350
 3  Sacramento, California  95814
    Telephone: (916) 498-8398
 4
    Attorney for Petitioner
 5  Rodelfo De Venecia

 6

 7                 IN THE UNITED STATES DISTRICT COURT

 8                FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES                ) No. Cr.S. 07-531 LKK
                                 )
11           Plaintiff,          )
                                 ) STIPULATION AND ORDER RESETTING
12      v.                       ) THE STATUS CONFERENCE
                                 )
13  RODELFO DE VENECIA,          )
                                 )
14           Defendant.          )
    _____)
15
```

16      Defendant Rodelfo De Venecia, by and through counsel Krista Hart
17 and plaintiff, United States, by and through counsel Phillip Talbert,
18 hereby stipulate and agree that the status conference currently set
19 for February 26, 2008, be vacated and reset for March 18, 2008.  The
20 additional time is necessary for further defense preparation and
21 investigation and because the parties are in active negotiations.
22      It is further stipulated and agreed the period of time from
23 February 26, 2008, through March 18, 2008, be excluded in computing
24 the time within which the trial of the above criminal prosecution
25 must commence for purposes of the Speedy Trial Act.  The parties
26 stipulate and agree the ends of justice are served by the Court
27 excluding such time so that counsel for the government and the
28 defense may have reasonable time for effective preparation,

investigation and negotiations.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

DATED: February 22, 2008

                                        */s/ Krista Hart*
                                        Attorney for Petitioner
                                        Rodelfo De Venecia

DATED: February 22, 2008           McGREGOR SCOTT
                                        United States Attorney

                                        */s/ Michael Beckwith*
                                        Assistant U.S. Attorney
                                        (By Krista Hart per e-mail)

## **O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: February 22, 2008

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT